ANNIE M. ANDARIESE, Respondent, *v.* THE VILLAGE OF
EDGEWATER, Appellant.

(Argued May 2, 1892 ; decided May 31, 1892.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an order
made July 13, 1889, which affirmed an interlocutory judg-
ment in favor of plaintiff, entered upon a decision of the court
on trial at Special Term, and also affirmed a final judgment in
favor of plaintiff entered upon the report of a referee.

*William M. Mullen* for appellant.

*Charles J. Babbitt* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

HIRAM D. HURD et al., Respondents, *v.* LORENZO J. BOVEE
et al., Appellants.

(Argued May 3, 1892; decided May 31, 1892.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made October 19, 1889, which affirmed a judgment in favor
of plaintiffs, entered upon the report of a referee.

*L. N. Bangs* for appellants.

*Norris Morey* for respondents.

Agree to affirm on opinion of General Term.
All concur.
Judgment affirmed.